UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
NO. 92 C 5987

FILED
JAN 2 8 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATE COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
NO. 94-3993

DOC
JAN 3 0

| | |
|---|---|
| ROCHELLE M. GALLOWAY | THE HONORABLE JAMES F. HOLDERMAN |
| PLAINTIFF APPELLANT | PRESIDING JUDGE |
| | COURT OF APPEAL'S PANEL |
| | THE HONORABLE |
| GENERAL MOTORS | RICHARD A. POSNER |
| DEFENDANT APPELLEE | WILLIAM J. BAUER |
| | TERENCE T. EVANS |

## MOTION TO REINSTATE

A. NOW COMES PLAINTIFF ROCHELLE M. GALLOWAY IN SOUND MIND AND FULL RECOVERY, WANT TO REINSTATE HER CASE AGAINST GENERAL MOTORS FOR DISCRIMINATION. DISABILITY (AMERICANS WITH DISIBILITIES ACT)

B. PLAINTIFF WANT TO ENTER INTO EVIDENCE MEDICAL RECORDS CONFIRMING A EXTENSIVE MEDICAL RECOVERY PROGRAM EXPANDING YEARS WHILE BEING A VICTUM OF HARASSMENT AND CRIME.

C. PLAINTIFF WANT TO ENTER INTO EVIDENCE POLICE REGORDS TO CORRESPONED CLAIMS OF BEING A VICTUM OF CRIME WHILE IN RECOVERY.

D. PLAINTIFF WOULD LIKE A CHANCE TO ESTABLISH A PATTERN OF DECEIT AND DISCEPTION to AVOID A COMPLEX AND DISTASTFUL SITUATION.

E. NOW COME PLAINTIFF WITH ASSISTANCE FROM THE FEDERAL BUREAU OF INVESTIGATIONS AND THE DRUG ENFORCEMENT AGENCY, THE OPPORTUNITY TO SHOW THE COURTS PLAINTIFF WAS IN RECOVERY FROM A OPIATE (HEROINE BASED - ANATHESIA) ADDICTION.

F. NOW COME PLAINTIFF SUFFERING FROM STRESS, ANXIETY AND FEAR, WANT TO REQUEST MY HEARING IF ACCEPTABLE TO BE HEARD WITHOUT COMBINED. CASES OR THE LAST OF THE DAY'S PROCEEDINGS.